IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARRY STEWART, M.D.                                                                                    PLAINTIFF

v.                              CASE NO. 4:17-CV-00338-BSM

ADVANCED MEDICAL REVIEWS, INC.;
EXAMWORKS, INC.; J.D. HAINES, M.D.; GARY
GRAMM, D.O.; DAVID CHEN, M.D.; ANNA
BELMAN, M.D.; and JENNIFER CROWLEY, R.N.                       DEFENDANTS

## DEFENDANTS' MOTION TO STRIKE DR. TIMOTHY QUILL

Defendants, for their motion to strike Dr. Timothy Quill as one of plaintiff's trial experts, state:

1.     This lawsuit involves claims of defamation, intentional interference with business expectancy, and civil conspiracy, all related to plaintiff Garry Stewart, M.D.'s care of seven patients at Conway Regional Medical Center ("CRMC"). *See generally* Doc. No. 87.

2.     The Court's amended final scheduling order established a discovery deadline of May 11, 2018. *See* Doc. No. 43, ¶ 2. The same order established plaintiff's expert disclosure deadline as February 23, 2018, and plaintiff's rebuttal expert disclosure deadline as March 23, 2018. *Id.*, ¶ 4.

3.     On May 31, 2018, the Court entered a second amended final scheduling order, which extended the discovery deadline to July 16, 2018. *See* Doc. No. 128, ¶ 2. That order did not extend plaintiff's expert disclosure or deposition deadline. *Id.*

1685590-v1

4. On July 13, 2018, just one business day before the extended discovery deadline, plaintiff disclosed Dr. Timothy Quill as an expert witness. *See* Email from plaintiff's counsel, p. 2, attached as Exhibit A. Plaintiff did not offer any dates for Dr. Quill's deposition within the time to complete discovery. *See id.* Nonetheless, defendants requested one of the offered dates while reserving the right to object to Dr. Quill's designation as being untimely. *Id.* But plaintiff refused to offer Dr. Quill on any date based on defendants' objection. *Id.* at p. 1.

5. Defendants' motion to strike Dr. Quill should be granted because plaintiff's expert witness disclosure deadline was not extended. *See* Fed. R. Civ. P. 16(a), 37(c)(1); *Marmo v. Tyson Fresh Meats, Inc.*, 457 F.3d 748 (8th Cir. 2006); *Trost v. Trek Bicycle Corp.*, 162 F.3d 1004 (8th Cir. 1998); *Sylla-Sawdon v. Uniroyal Goodrich Tire Co.*, 47 F.3d 277 (8th Cir. 1995); *Wells v. Lamplight Farms, Inc.*, 303 F.R.D. 530 (N.D. Iowa 2014); *Stanley v. Tyson Foods, Inc.*, No. 5:08-cv-0004-BSM, 2008 WL 5381393, at *1 (E.D. Ark. Dec. 22, 2008).

6. Even assuming the expert disclosure deadline was extended, defendants' motion should be granted because disclosing Dr. Quill one day before the discovery deadline is tantamount to no disclosure at all. *Parrish v. Bentonville School District*, No. 17-1915, 2018 WL 3544637, at 5, ___ F.3d ___, ___ (8th Cir. July 24, 2018); *Popoalii v. Correctional Medical Services*, 512 F.3d 488 (8th Cir. 2008); *Voegeli v. Lewis*, 568 F.2d 89 (8th Cir. 1977); *see also Sabry v. Gilbert Security Service, Inc.* No. 93-2425, 1994 WL 328278, 28 F.3d 1210 (4th Cir. July 11, 1994);

*Draper v. H. Roberts Family, LLC*, No. 1:06-CV-3057-CC, 2009 WL 10672315, at 2 (N.D. Georgia Feb. 11, 2009). Accordingly, defendants' motion should be granted.

7. Defendants rely on the following in support of their motion:

- Exhibit A – Email from plaintiff's counsel; and

- A brief in support.

WHEREFORE, defendants pray that their motion to strike Dr. Timothy Quill be granted, that they be awarded all fees and costs, and for all other relief to which they are entitled.

                WRIGHT, LINDSEY & JENNINGS LLP
                200 West Capitol Avenue, Suite 2300
                Little Rock, Arkansas 72201-3699
                (501) 371-0808
                FAX: (501) 376-9442
                E-MAIL: elowther@wlj.com; djung@wlj.com

                By */s/ David C. Jung*
                    Edwin L. Lowther, Jr. (81107)
                    David C. Jung (2013141)
                    *Attorneys for defendants*

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Ms. Janet Pulliam
janet@pulliam-muskheli.com

Mr. Michael Muskheli
michael@pulliam-muskheli.com

Mr. Tim Cullen
tim@cullenandcompany.com

Mr. John G. Jacobs
jgjacobs@jacobskolton.com

Mr. Bryan G. Kolton
bgkolton@jacobskolton.com

*/s/ David C. Jung*
David C. Jung