# David C. Jung

| | |
|---|---|
| **From:** | Michael Muskheli <michael@pulliam-muskheli.com> |
| **Sent:** | Monday, March 5, 2018 8:43 PM |
| **To:** | David C. Jung; Ed Lowther; Phoebe Jones; Mary Ellan Goss |
| **Cc:** | Janet Pulliam; John G. Jacobs; Bryan G. Kolton; Tim Cullen; Stacey Barrow |
| **Subject:** | Stewart v AMR et al. additional fact witnesses |

David,

In addition to the lay witnesses already identified by Plaintiff, we intend to call the following:

1. Gil Johnson
   972-998-2621
   Lives in Louisiana, will supplement with address.
   Mr. Johnson is the father of patient A.J. He is expected to testify regarding his daughter's physical and mental conditions, Dr. Stewart's care of A.J., and the circumstances surrounding A.J.'s death.

2. James Johnston
   501-679-1345
   19 Lantern Lite Lane
   Greenbrier, AR 72058
   Mr. Johnston is the father of patient S.J. He is expected to testify regarding his daughter's physical and mental conditions, Dr. Stewart's care of S.J., and the circumstances surrounding S.J.'s death.

3. Heather Harvey
   501-499-5767
   2106 West Street
   Conway, AR 72032
   Ms. Harvey is a patient advocate employed by CHDC at the time of patient A.J.'s death, and was a bedside attendant of A.J. and other patients of Dr. Stewart. Ms. Harvey is expected to testify regarding A.J.'s physical and mental conditions, medical care she received, and circumstances surrounding her death.

4. Laura Gullett
   501-951-6565
   891 Hwy 213
   Hattieville, AR 72063
   Ms. Gullett is an RN, and in 2013-2014 was employed by the Faulkner County Detention Center as a nurse administrator. She is expected to testify regarding events that took place in August or September of 2013, involving Tonya Gierke making threats toward her and Dr. Stewart.

We also reserve the right to call any witness identified by Defendants.

Thank you,

Michael Muskheli



EXHIBIT A