



# PEER REVIEWER FINAL REPORT

AMR Peer Review Network
Peer Review Recommendation

**Patient Name:**
**Case #:**  V25644626
**Review Type:**  Quality of Care
**Review Level:**
**Review Timing:**
**State:**  AR
**Date Referred:**  5/27/2016
**Date Completed:**  6/17/2016

**Requesting Provider Name:**  Garry Stewart  Family Medicine

**PATIENT CLINICAL INFORMATION:**
**Age:** 31   **Gender:** Female
**Date of Birth:**  10/6/1984

This 31 year old female patient was admitted on 5/10/2016 with a diagnosis of right lower lobe pneumonia. The patient was afebrile with a temperature of 98.2. respiratory rate of 24 and heart rate of 108. She is oxygen (02) dependent. Initial 02 Saturation was 91%. She had a moist productive cough. Past medical history is significant for Cerebral Palsy, Mental Intellectual Disability/Retardation, Seizure Disorder, Asthma, Emphysema/developmental Lung Disorder, Anxiety, Gastrostomy and Tracheostomy.

The patient was treated with intravenous (IV) fluids, IV antibiotics (Levaquin, Clindamycin) and respiratory aids (Albuterol inhalers, 02). A pulmonary consult was obtained and nursing care/supporting care was administered.

On 5/10/2016 the patient developed agitation and was found to be in respiratory failure with P02 of 55 and C02 of 118, indicating respiratory acidosis. She was intubated and placed on mechanical ventilation with constant monitoring.

Over the next 96 hours on ventilator support, the pneumonia was resolving, however the patient was intolerant of multiple attempts to wean off the ventilator.

On 5/18/2016, after consulting with the family, it was decided to extubate the patient and provide end of life comfort care in terms of 02, sedation and opioids. The patient subsequently expired on that date at 9:00 AM.

**REQUESTS/QUESTIONS:**
**Requested Services:**  Quality of Care Review

1. Was all of the medical care provided medically appropriate and conducted in accordance with the current best standard of care? Please explain in detail addressing all elements of medical decision-making, treatments provided, and timeliness. **No**

This 31 year old female patient was admitted on 5/10/2016 with a diagnosis of right lower lobe pneumonia. The patient was afebrile with a temperature of 98.2. respiratory rate of 24 and heart rate of 108. She was 02 dependent. Initial 02 Saturation was 91%. She had a moist productive cough. Past medical history is significant for Cerebral Palsy, Mental Intellectual Disability/Retardation, Seizure Disorder, Asthma, Emphysema/developmental Lung Disorder, Anxiety, Gastrostomy and Tracheostomy.

The patient was treated with IV fluids, IV antibiotics (Levaquin) and respiratory aids (Albuterol inhalers, 02). A pulmonary consult was obtained and nursing care/supporting care was administered.

On 5/10/2016 the patient developed agitation and was found to be in respiratory failure with She had a partial pressure of oxygen (P02) of 55 and carbon dioxide (C02) of 118, indicating respiratory acidosis. She was intubated and placed on mechanical ventilation with constant monitoring.

EXHIBIT B

GG-AJ.002047

Name: Johnson, Amber

Over the next 96 hours on ventilator support, the pneumonia was resolving, however, the patient was intolerant of multiple attempts to wean off the ventilator.

On 5/18/2016, after consulting with the family, it was decided to extubate the patient and provide end of life comfort care in terms of 02, sedation and opioids. The patient subsequently expired on that date at 9:00 AM.

In this case, the hospital admission was timely and appropriate, given the patient's significant disabilities, pulmonary history and the finding of pneumonia.

Antibiotics, hydration, monitoring and nursing support were appropriate.

Respiratory monitoring including 02 saturations, arterial blood gases (ABGs) and face mask were appropriate.

Physician monitoring of patient progress and response to nursing concerns were appropriate.

Pulmonary consultation and subsequent intubation and mechanical ventilation support when the patient began deteriorating was appropriate.

Attempts at weaning the patient from mechanical ventilation were appropriate.

Ultimate discontinuation of the mechanical ventilation support was timely and appropriate.


*********************************


Addendum following additional clinical information:


Following extubation, the dosing frequency (approximately every 3-`12 minutes) of the Versed and Dilaudid was excessive. The administration of the Lopressor was not indicated, as vital signs were not a concern at that time. There were no progress notes prior to death. Orders by Dr. Stewart were given verbally and/or written on the a prescription pad.

The amount and frequency of IV Versed and Dilaudid had the potential to hasten the patient's death, rather than simply providing comfort care during the natural process of end-stage respiratory failure.

Based on the above, the standard of care for this patient was not met.

2. Were there any complications and/or adverse outcomes? **Yes**
The patient's respiratory failure complicated and altered her potential recovery from the pneumonia, however this complication was not unexpected considering the significant underlying pulmonary disease and prevention was not possible.

The amount and frequency of IV Versed and Dilaudid had the potential to hasten the patient's death, rather than simply providing comfort care during the natural process of end-stage respiratory failure.

3. Were the complications/adverse outcomes due to a deviation from the current best standard of care? **Yes**
The amount and frequency of Versed and Dilaudid had the potential to hasten the patient's death, rather than simply providing comfort care during the natural process of end-stage respiratory failure.

Based on the above, the standard of care for this patient was not met.

GG-AJ.002048

Name: Johnson, Amber

4. 1. Did the type, amount, and frequency of medications given within the 24 hours prior to the time of death, hasten and/or cause the patient's demise? **Yes**

The amount and frequency of Versed and Dilaudid had the potential to hasten the patient's death, rather than simply providing comfort care during the natural process of end-stage respiratory failure.

**REFERENCES:**

UpTODate:

The evaluation, diagnosis, and treatment of the adult patient with acute hypercapnic respiratory failure

Authors
David J Feller-Kopman, MD
Richard M Schwartzstein, MD

Section Editor
James K Stoller, MD, MS

Deputy Editor
Geraldine Finlay, MD

All topics are updated as new evidence becomes available and our peer review process is complete.

 Literature review current through:  Apr 2016. |  This topic last updated:  May 17, 2016.

UpToDate:
Invasive mechanical ventilation in acute respiratory failure complicating chronic obstructive pulmonary disease

Author
Gilman B Allen, MD

Section Editors
James K Stoller, MD, MS
Polly E Parsons, MD

Deputy Editor
Geraldine Finlay, MD

All topics are updated as new evidence becomes available and our peer review process is complete.

 Literature review current through:  Apr 2016. |  This topic last updated:  May 20, 2016.

Medscape:

Respiratory Failure Author: Ata Murat Kaynar, MD; Chief Editor: Michael R Pinsky, MD, CM, Dr(HC), FCCP, MCCM
March 31,2015

UpToDate:

Palliative sedation

GG-AJ.002049

Name: Johnson, Amber

Author
Nathan Cherny, MD

Section Editor
Robert M Arnold, MD

Deputy Editor
Diane MF Savarese, MD

 All topics are updated as new evidence becomes available and our peer review process is complete.

 Literature review current through:  May 2016. |  This topic last updated:  Jun 01, 2016.

This reviewer declares, under penalty of perjury, that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, this report accurately describes the information provided to me.

AMR Tracking Num: 699491

**REVIEWED BY:**

| | |
|---|---|
| **Signature:** | Electronic signature on file. |
| **Date:** | 6/17/2016 |
| **Reviewer Specialty:** | Family Medicine |
| **State:** | CA |

* Board Certified Specialty is applicable to MD's and DO's and only to specialties and subspecialties that require board certifications.

GG-AJ.002050