**From:** Michael Muskheli [mailto:michael@pulliam-muskheli.com]
**Sent:** Friday, April 20, 2018 6:48 PM
**To:** Ed Lowther; David C. Jung
**Cc:** Janet Pulliam; Tim Cullen; John G. Jacobs; Bryan G. Kolton; Stacey Barrow
**Subject:** Stewart v. AMR et al. Witness Disclosures

Ed and David,

Plaintiff intends to put on the following additional witnesses at trial:

2. Jeremy Thompson, M.D.

    Dr. Thompson is the consulting psychiatrist at the Conway Human Development Center. He is expected to testify about his treatment of CHDC patients, and specific challenges that this patient population presents, including responsiveness to medications. I attach Dr. Thompson's CV. We will make him available for deposition within the discovery period.

Michael Muskheli
Pulliam & Muskheli, PLLC
2209 Cantrell Road
Little Rock, AR 72202
Tel: (501) 436-0010
Fax: (501) 613-0878
www.pulliam-muskheli.com

CONFIDENTIAL

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or failed to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients, any opinions or advice contained in this e-mail are subject to the terms and conditions expressed in the governing client engagement letter.



EXHIBIT F