IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARRY STEWART, M.D.                                                                                           PLAINTIFF

v.                                    CASE NO. 4:17-CV-00338-BSM

ADVANCED MEDICAL REVIEWS, INC.; J.D.
HAINES, M.D.; GARY GRAMM, D.O.; DAVID
CHEN, M.D.; ANNA BELMAN, M.D.; and
JENNIFER CROWLEY, R.N.                                                                              DEFENDANTS

### **DEFENDANTS' MOTION IN LIMINE REGARDING URAC**

Defendants, for their motion in limine regarding URAC, state:

1. This defamation and intentional interference with business expectancy action involves third-party medical reviews performed by defendants. Defendant Advanced Medical Reviews, Inc. ("AMR") is an independent medical case review and utilization management company. Defendant physicians are independent contractors of AMR, who performed some of the reviews that are the subject of this lawsuit. The specific type of review at issue in this case is a "quality of care review."

2. URAC is a nonprofit accreditation entity that issues certificates to independent review organizations for specific types of reviews. At all times relevant to this lawsuit, AMR had the following URAC accreditations: (1) Health Utilization Management; and (2) Independent Review Organization: Internal & External. The reviews involved in this lawsuit were "quality of care reviews." URAC offers no standards or certifications for "quality of care reviews."

3. Evidence is relevant if it "has any tendency to make a fact more or less probable than it would be without the evidence" and "the fact is of consequence in

determining the action." Fed. R. Evid. 401. "Irrelevant evidence is not admissible." Fed. R. Evid. 402. In this case, evidence regarding URAC is irrelevant because there are no URAC standards that govern the type of reviews that are the subject of this lawsuit. Therefore, plaintiff should be precluded from referring to URAC standards at the trial of this case.

4. Defendants rely on the following in support of their motion:

- Exhibit A – Subpoena issued to URAC;

- Exhibit B – March 16, 2018 Letter from URAC's General Counsel, Ms. Houeida Saad;

- Exhibit C – Excerpts from deposition testimony of Ms. Crystal Carvotta-Brown;

- Exhibit D – AMR / Conway Regional Medical Center Contract; and

- A brief in support.

WHEREFORE, defendants pray that their motion in limine regarding URAC standards be granted, that plaintiff be precluded from referring to URAC standards at the trial of this case, and for all other relief to which they are entitled.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: elowther@wlj.com; djung@wlj.com
>
> By   David C. Jung
>     Edwin L. Lowther, Jr. (81107)
>     David C. Jung (2013141)
>     Jessica Pruitt Koehler (2015226)
>     *Attorneys for defendants*

1859825-v1