IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARRY STEWART, M.D.                                                                    PLAINTIFF

v.                              CASE NO. 4:17-CV-00338-BSM

ADVANCED MEDICAL REVIEWS, INC.; J.D.
HAINES, M.D.; GARY GRAMM, D.O.; DAVID
CHEN, M.D.; ANNA BELMAN, M.D.; and
JENNIFER CROWLEY, R.N.                                                              DEFENDANTS

**DEFENDANTS' MOTION IN LIMINE REGARDING
MEDICAL LITERATURE AND EXPERT OPINIONS**

Defendants, for their motion in limine regarding medical literature and expert opinions, state:

1. On May 10, 2019, plaintiff supplemented his discovery responses with a significant number of medical articles and related information. *See* Email from Plt.'s Counsel, attached as Exhibit A. Plaintiff's pretrial exhibit list includes most of these materials. *See* Doc. No. 204-1.

2. Plaintiff has indicated that he intends to use these recently supplemented articles at trial with his expert witnesses and might use them with Dr. Garry Stewart. *See* Ex. A.

3. This is improper because this material was not disclosed in accordance with the Court's scheduling order or with Federal Rule of Civil Procedure 26(a)(2). Allowing plaintiff to do so would subject defendants to substantial unfair prejudice. Fed. R. Evid. 403; *see also Marmo v. Tyson Fresh Meats, Inc.*, 457 F.3d 748, 759 (8th Cir. 2006) (quoting Fed. R. Civ. P. 1); *Trost v. Trek Bicycle Corp.*, 162 F.3d 1004,

1008 (8th Cir. 1998); *Sylla-Sawdon v. Uniroyal Goodrich Tire Co.*, 47 F.3d 277, 284 (8th Cir. 1995);

    4.    Defendants rely on the following in support of their motion:

- Exhibit A – May 10, 2019 Email from Plaintiff's Counsel;
- Exhibit B – Excerpts from Dr. Stewart's May 10, 2018 deposition; and
- A brief in support.

WHEREFORE, defendants pray that their motion in limine be granted and for all other relief to which they are entitled.

                              WRIGHT, LINDSEY & JENNINGS LLP
                              200 West Capitol Avenue, Suite 2300
                              Little Rock, Arkansas 72201-3699
                              (501) 371-0808
                              FAX: (501) 376-9442
                              E-MAIL: djung@wlj.com; elowther@wlj.com

                              By <u>David C. Jung</u>
                                  Edwin L. Lowther, Jr. (81107)
                                  David C. Jung (2013141)
                                  Jessica Pruitt Koehler (2015226)
                                  *Attorneys for defendants*