## David C. Jung

| | |
|---|---|
| **From:** | David C. Jung |
| **Sent:** | Friday, May 10, 2019 3:35 PM |
| **To:** | 'Michael Muskheli'; Ed Lowther |
| **Cc:** | Janet Pulliam; John G. Jacobs; Bryan G. Kolton; Tim Cullen; Stacey Barrow; Mary Ellan Goss; Phoebe Jones |
| **Subject:** | RE: Stewart v. AMR et al. supplement |

Michael,

No need to do any cross-referencing today, but I will take you up on it as we get closer to trial.

As for Dr. Stewart using the medical literature, please talk to Tim about it. Tim told us that Dr. Stewart would not be offering any standard of care opinions or causation opinions. I don't really know what your articles say yet, but if Dr. Stewart is planning on testifying that the articles allowed him to administer the meds that he did to these patients, that's a standard of care opinion. If Dr. Stewart is planning on saying that the articles say that the meds administered did not hasten death, that's a causation opinion.

David

**From:** Michael Muskheli <michael@pulliam-muskheli.com>
**Sent:** Friday, May 10, 2019 3:10 PM
**To:** David C. Jung <DJung@wlj.com>; Ed Lowther <ELowther@wlj.com>
**Cc:** Janet Pulliam <Janet@pulliam-muskheli.com>; John G. Jacobs <jgjacobs@jacobskolton.com>; Bryan G. Kolton <bgkolton@jacobskolton.com>; Tim Cullen <tim@cullenandcompany.com>; Stacey Barrow <Stacey@pulliam-muskheli.com>; Mary Ellan Goss <MGoss@wlj.com>
**Subject:** RE: Stewart v. AMR et al. supplement

David,

Some of these were cited in our expert reports, but I believe most were not -- I will cross-reference the two and will be able to give you a more exact answer.  We do intend to use these with our expert witnesses.  I am not aware of any restriction on Dr. Stewart not to discuss medical literature, so cannot agree that he will not rely on this information.

Michael Muskheli
Pulliam & Muskheli, PLLC
2209 Cantrell Road
Little Rock, AR 72202
Tel: (501) 436-0010
Fax: (501) 613-0878
www.pulliam-muskheli.com

C O N F I D E N T I A L
The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or failed to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients, any opinions or advice contained in this e-mail are subject to the terms and conditions expressed in the governing client engagement letter.

EXHIBIT A

**From:** David C. Jung <DJung@wlj.com>
**Sent:** Friday, May 10, 2019 2:48 PM
**To:** Michael Muskheli <michael@pulliam-muskheli.com>; Ed Lowther <ELowther@wlj.com>
**Cc:** Janet Pulliam <Janet@pulliam-muskheli.com>; Stacey Barrow <Stacey@pulliam-muskheli.com>; Mary Ellan Goss <MGoss@wlj.com>
**Subject:** RE: Stewart v. AMR et al. supplement

Thanks, Michael. Note that we are also disclosing some exhibits that have not been bates numbered (some stuff you produced to us and some stuff we produced to you). We plan to bates number them before trial and will let you know what those numbers are. In the meantime, the exhibits should be readily identifiable based on the description.

I'm assuming the additional medical literature is something you intend to use with your experts since Dr. Stewart is not being presented as an expert. Can you confirm? And if so, did your experts' reports reference the literature?

David

**From:** Michael Muskheli <michael@pulliam-muskheli.com>
**Sent:** Friday, May 10, 2019 2:21 PM
**To:** David C. Jung <DJung@wlj.com>; Ed Lowther <ELowther@wlj.com>
**Cc:** Janet Pulliam <Janet@pulliam-muskheli.com>; Stacey Barrow <Stacey@pulliam-muskheli.com>; Mary Ellan Goss <MGoss@wlj.com>
**Subject:** Stewart v. AMR et al. supplement

David,

Attached are supplements to our discovery responses:

One file contains additional medical literature. We did not bates number these articles, but they will appear on our exhibit list.

The other is 35 pages and contains:
- -3 additional pages cited in Dr. Quill's report;
- -slides from Dr. Wolfe's Death and Dying course;
- -letter from Blue Cross Blue Shield to Dr. Stewart; and
- -DHS performance evaluation form for Dr. Stewart

Thank you,

Michael Muskheli
Pulliam & Muskheli, PLLC
2209 Cantrell Road
Little Rock, AR 72202
Tel: (501) 436-0010
Fax: (501) 613-0878
www.pulliam-muskheli.com

C O N F I D E N T I A L
The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or failed to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients, any opinions or advice contained in this e-mail are subject to the terms and conditions expressed in the governing client engagement letter.