IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


GARRY STEWART, M.D.,
                    Plaintiff,

vs.                                CASE NO. 4:17-CV-00338-BSM

ADVANCED MEDICAL REVIEWS, INC.; EXAMWORKS, INC.;
J. D. HAINES, M.D.; GARY GRAMM, D.O.; DAVID CHEN, M.D.;
AND ANNA BELMAN, M.D.,
                    Defendants.

ORAL DEPOSITION OF GARRY STEWART, M.D.

APPEARANCES:

        MR. TIM CULLEN, Attorney at Law
            Cullen & Company
            124 West Capitol Avenue, Suite 1750
            Little Rock, Arkansas 72201; and

        MR. MICHAEL MUSKHELI and
        MS. JANET PULLIAM, Attorneys at Law
            Pulliam & Muskheli
            2209 Cantrell Road
            Little Rock, Arkansas 72202

                *** For the Plaintiff ***

        MR. EDWIN L. LOWTHER, JR. and
        MR. DAVID C. JUNG, Attorneys at Law
            Wright, Lindsey & Jennings
            200 West Capitol Avenue, Suite 2300
            Little Rock, Arkansas 72201

                *** For the Defendants ***

ALSO PRESENT:
        Mr. Hallum, Videographer

        TAKEN BEFORE Garold W. Pritsch, Certified Court
Reporter, LS Certificate No. 329, Bushman Court
Reporting, 620 West Third Street, Suite 302, Little Rock,
Arkansas 72201 on May 10th, 2018 at Pulliam & Muskheli,
2209 Cantrell Road, Little Rock, Arkansas commencing at
9:39 a.m.

Garry Stewart 5/10/2018                    Stewart v. Advanced Medical Reviews, et al

Page 2

1                          I N D E X

2                                                      Page

3     Examination by Mr. Lowther                         5

4     Exhibit 1        ██████████████████               25

5     Exhibit 2    Articles Authorities Supporting      30
                    Dr. Stewart
6
      Exhibit 3    Chronic Intractable Pain             32
7                  Treatment Act, A.C.A. § 17-95-701

8     Exhibit 4    Arkansas State Medical Board,        33
                   Arkansas Medical Practices Act &
9                  Regulations

10    Exhibit 5    Curriculum Vitae                     49

11    Exhibit 6    UAMS Guideline for Terminal          56
                   Extubations
12
      Exhibit 7    Peer Reviewer Final Report,         118
13                 ████████████████

14    Exhibit 8    Peer Reviewer Final Report,         134
                   ██████████████████
15
      Exhibit 9    Peer Reviewer Final Report,         134
16                 ██████████████

17    Exhibit 10   Peer Reviewer Final Report,         134
                   ████████████████
18
      Exhibit 11   ████████████   Report              125
19
      Exhibit 12   E-mail from Ms. Crowley to         152
20                 Ms. Crowley dated 9/6/17

21    Exhibit 13   E-mail from Ms. Crowley to         152
                   Ms. Crowley dated 9/5/17
22
      Exhibit 14   E-mail from Ms. Crowley to         152
23                 Ms. Crowley dated 9/5/17

24    Exhibit 15   Ms. Gierke Memo to AMR Reviewer    163
                   dated 6/21/16
25

Garry Stewart 5/10/2018                    Stewart v. Advanced Medical Reviews, et al

                                                                    Page 3

1    Exhibit 17  ███████████  Report                    197

2    Exhibit 18  ████████████  Report                    201

3    Exhibit 19  ████████████  Report                  214

4    Exhibit 20  ████████████  Report                 225

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Garry Stewart 5/10/2018                    Stewart v. Advanced Medical Reviews, et al

                                                              Page 4

1          ANSWERS AND DEPOSITION OF GARRY STEWART, M.D., a

2     witness produced at the request of Defendants, taken in

3     the above styled and numbered cause on the 10th of May,

4     2018, before Garold W. Pritsch, Certified Court Reporter,

5     LS Certificate No. 329, a Notary Public in and for

6     Garland County, Arkansas, taken at the offices of

7     Pulliam & Muskheli, 2209 Cantrell Road,Little Rock,

8     Arkansas at 9:39 a.m.

9                    GARRY STEWART, M.D.

10         The witness hereinbefore named, having been duly

11    cautioned and sworn or affirmed to tell the truth, the

12    whole truth, and nothing but the truth, testified as

13    follows:

14

15

16

17

18

19

20

21

22

23

24

25

Garry Stewart 5/10/2018                    Stewart v. Advanced Medical Reviews, et al

                                                            Page 5

1                            EXAMINATION

2                  MR. HALLUM:   The date is May 10th, 2018.

3             The time is 9:39 a.m.

4                  This is the deposition of Garry Stewart,

5             M.D.

6                  Will you swear the witness in, please?

7                  (The witness was sworn.)

8    BY MR. LOWTHER:

9    Q.    Your name is Garry Stewart?

10   A.    That's correct.

11   Q.    And you're the plaintiff in this lawsuit?

12   A.    Yes, sir.

13   Q.    You know we're here today to talk about seven

14   patients of yours?

15   A.    Yes.

16   Q.    And those seven patients are ██████████████

██   ████████████████████████████████████████████████████

██   ████████████████████████████████; is that correct?

19   A.    No, sir.

20   Q.    It's not?

21   A.    No, sir.

22   Q.    What's wrong about that?

23   A.    You misnamed the first patient.

24                  MR. JUNG:   ██████.

25   BY MR. LOWTHER (CONT.):

Page 238

```
 1              attorney for about five minutes, and we may be

 2              either close to being done or we may actually

 3              be done.

 4                   MS. PULLIAM:  We'll step out.

 5                   DR. STEWART:  And I will not pull this off

 6              the table.

 7                   MR. HALLUM:  We're going off the record at

 8              5:16 p.m.

 9                   (The deposition recessed at 5:16 p.m. and

10              reconvened at 5:20 p.m.)

11                   MR. HALLUM:  We're back on the record at

12              5:20 p.m.

13     BY MR. LOWTHER (CONT.):

14     Q.    Dr. Stewart?

15     A.    Excuse me, sir.

16     Q.    Are you okay?

17     A.    Yeah.

18     Q.    All right.  As you sit here now, do you recall any

19     testimony you gave earlier in today's deposition that you

20     need to amend or change?

21     A.    I have -- excuse me.  I haven't thought about it,

22     sir.  I -- I have not.

23     Q.    Okay.  You have not been identified as an expert

24     witness in this case.  Do you anticipate giving any

25     expert testimony?
```

Page 239

1   A.     I don't understand what that is.  I don't

2   understand what you mean.

3                  MR. LOWTHER:  Do you all intend to solicit

4             any standard of care testimony from him at

5             trial?

6                  MR. CULLEN:  No.  He has obvious

7             expertise, and to the extent he explains

8             medical concepts and stuff like that, I think

9             that's fair game, but we do not intend to use

10            him to render standard of care opinions.

11                 MR. LOWTHER:  Or causation opinions?

12                 MR. CULLEN:  Or causation.

13                 MR. LOWTHER:  Okay.  Dr. Stewart, thank

14            you very much.  I pass the witness.

15                 MR. CULLEN:  No questions.

16                 MR. HALLUM:  The deposition is concluded

17            at 5:22 p.m.

18                 (The taking of the above-styled deposition

19            concluded at 5:22 p.m.)

20

21

22

23

24

25

Garry Stewart 5/10/2018                Stewart v. Advanced Medical Reviews, et al

Page 240

1                    C E R T I F I C A T E

2      STATE OF ARKANSAS*
                       *  ss
3      COUNTY OF GARLAND*

4          I, GAROLD W. PRITSCH, Certified Court Reporter, a
       Notary Public in and for the aforesaid county and state,
5      do hereby certify that the witness, GARRY STEWART, M.D.,
       was duly sworn by me prior to the taking of testimony as
6      to the truth of the matters attested to and contained
       therein; that the testimony of said witness was taken by
7      me in machine shorthand notes and was thereafter reduced
       to typewritten form by me or under my direction and
8      supervision; that the foregoing transcript is a true and
       accurate record of the testimony given to the best of my
9      understanding and ability.

10         In accordance with Rule 30(e) of the Rules of Civil
       Procedure, review of the transcript was requested by the
11     deponent or a party thereto.

12         I FURTHER CERTIFY that I am neither counsel for,
       related to, nor employed by any of the parties to the
13     action in which this proceeding was taken; and, further,
       that I am not a relative or employee of any attorney or
14     counsel employed by the parties hereto, nor financially
       interested, or otherwise, in the outcome of this action;
15     and that I have no contract with the parties, attorneys,
       or persons with an interest in the action that affects or
16     has a substantial tendency to affect impartiality, that
       requires me to relinquish control of an original
17     deposition transcript or copies of the transcript before
       it is certified and delivered to the custodial attorney,
18     or that requires me to provide any service not made
       available to all parties to the action.

19
           GIVEN UNDER MY HAND and SEAL OF OFFICE on this
20     22nd day of May, 2018.

21
       _____
22     Garold W. Pritsch, CCR, LS No. 329, Notary
       Public in and for Garland County, Arkansas
23
       My Commission expires February 27, 2020.
24

25

Garry Stewart 5/10/2018                    Stewart v. Advanced Medical Reviews, et al

Page 241

ERRATA SHEET OF GARRY STEWART, M.D.

| PAGE # | LINE # | ERROR | CORRECTION & REASON |
|--------|--------|-------|---------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Page 242

WITNESS SIGNATURE PAGE

1

2

3      I, GARRY STEWART, M.D., the witness, hereby certify

4  that I have thoroughly read the transcript of my

5  deposition taken on the 10th day of May, 2018, and have

6  made any necessary changes or corrections to make the

7  transcript a true and accurate accounting of my testimony

8  given on that day.

9

10      _____

11                         Signature

12      _____

13                           Date

      ******************************

14

   STATE OF _____ *

15                              * ss.

   COUNTY OF _____ *

16

17      SUBSCRIBED AND SWORN TO before me, a Notary Public

18  in and for _____ County_____.

19  Given under my hand and seal of office on this _____ day

20  of _____, 2018.

21

22

23

24  My commission expires _____.

25

Garry Stewart 5/10/2018                          Stewart v. Advanced Medical Reviews, et al

Page 243

1          REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3          I, GAROLD W. PRITSCH, LS No. 329, Certified Court

4    Reporter in the State of Arkansas, certify that the

5    foregoing pages 1 through 241 constitute a true and

6    correct copy of the original deposition of GARRY STEWART,

7    M.D. taken on May 10th, 2018.

8          I declare under penalty of perjury under the laws

9    of the State of Arkansas that the foregoing is true and

10   correct.

11         Dated this 22nd day of May, 2018.

12

13   _____

     Garold W. Pritsch, CCR, LS No. 329, Notary
14   Public in and for Garland County, Arkansas

15   My Commission expires February 27, 2020.

16

17

18

19

20

21

22

23

24

25