FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 14 2019

JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARRY STEWART, M.D.                                                    PLAINTIFF

v.                   CASE NO. 4:17-CV-00338-BSM

ADVANCED MEDICAL REVIEWS, INC.;
J.D. HAINES, M.D.; GARY GRAMM, D.O.;
DAVID CHEN, M.D.; ANNA BELMAN, M.D.;
and JENNIFER CROWLEY, R.N.                       DEFENDANTS

**PLAINTIFF'S EXHIBIT LIST**

| PRESIDING JUDGE Brian S. Miller | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) June 10, 2019 | | | | | COURT REPORTER | COURTROOM DEPUTY Lori Purifoy |
| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 6/12 | | ✓ | AMR Records | AMR : 169 | |
| 2 | | | | | AMR Records | DSR : 218 | |
| 3 | | | | | AMR Records | AMR : 261 | |
| 4 | | | | | AMR Records | AMR : 1-2 | |
| 5 | | 6/10 | | ✓ | AMR Records | AMR : 3-6 | |
| 6 | | | | | AMR Records | AMR : 160-168 | |
| 7 | | | | | AMR Records | AMR : 170-173 | |
| 8 | | | | | AMR Records | AMR : 177-260 | |
| 9 | | | | | AMR Records | Gramm handwritten notes on case; Exhibit 9 to Gary Gramm 02/21/18 Deposition | |
| 10 | | | | | AMR Records | Haines AMR Reviewer Consulting Agreement | |
| 11 | | 6/10 | | ✓ | AMR Records | DSR : 56-60 | |
| 12 | | 6/10 | | ✓ | AMR Records | DSR : 61-64 | |
| 13 | | 6/10 | | ✓ | AMR Records | DSR : 96, 231-233 | |
| 14 | | | | | URAC Records | URAC : 204 | |
| 15 | | 6/10 | | ✓ | CRMC Medical Staff Policies & Procedures | Section 5: Committees, pp 37-42, Section 6: Corrective Action, pp 43-64, Section 7: Fair Hearing Procedure, pp 64-79, Section 8: Physician Rights, pp 80 | |
| 16 | | | | ✓ | CRMC Medical Staff Rules & Regulations | Section 12: Peer Review, pp 34-38 | |
| 17 | | | | ✓ | Curriculum Vitae: Anna Belman, M.D. | |
| 18 | | | | | Curriculum Vitae: Brent Staggs, M.D. | |
| 19 | | | | ✓ | Curriculum Vitae: David Chen, M.D. | |
| 20 | | | | ✓ | Curriculum Vitae: Garry Stewart, M.D. | |
| 21 | | | | ✓ | Curriculum Vitae: Gary Gramm, D.O. | |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 6/10 | | ✓ | Curriculum Vitae: J.D. Haines, M.D. |
| 23 | | 6/10 | | ✓ | Curriculum Vitae: Jennifer Crowley |
| 24 | | | | | Curriculum Vitae: Jeremy Thompson, M.D. |
| 25 | | | | | Curriculum Vitae: Matthew Troup |
| 26 | | | | | Curriculum Vitae: Sarah E. Harrington, M.D. |
| 27 | | | | | Curriculum Vitae: Terence Champlin |
| 28 | | | | | Declaration of Gary Gramm, D.O.; Exhibit 4 to Document #33, filed 10/04/17 |
| 29 | | | | | Declaration of Anna Belman, M.D.; Exhibit 3 to Document #33, filed 10/04/17 |
| 30 | | | | | Declaration of David Chen, M.D.; Exhibit 2 to Document #33, filed 10/04/17 |
| 31 | | | | | Declaration of Joe Haines, M.D.; Exhibit 5 to Document #33, filed 10/04/17 |
| 32 | | | | | Depsition Designation | Norma Nevarez, February 19, 2018 |
| 33 | | | | | Depsition Designation | Tom Patterson, February 19, 2018 |
| 34 | | | | | Letter | GS : 9-10 |
| 35 | | | | | Letter | GSS : 152-154 |
| 36 | | 6/10 | | ✓ | Letter | GS : 591 |
| 37 | | | | ✓ | Letter | HF : 19-21 |
| 38 | | | | ✓ | Letter | HF : 1-2 |
| 39 | | | | ✓ | Letter | DSR : 1572-1575 |
| 40 | | | | | Letter | DSR : 1507 |
| 41 | | | | | Letter | DSR : 3496-3497 |
| 42 | | | | | Letter | Dated June 21, 2013 from Collie Shaw to Dr. Stewart; response to Dr. Stewart's letter of June 10, 2013 |
| 43 | | | | | Letter | GS : 485 |
| 44 | | 6/10 | | ✓ | Letter | DSR : 1930-1931 |
| 45 | | | | | Letter | DSR : 1483-1497 |
| 46 | | 6/10 | | ✓ | Letter | DSR : 1475-1476 |
| 47 | | | | ✓ | Letter | DSR : 2451 |
| 48 | | | | ✓ | Letter | Dated July 12, 2016; July 13 meeting cancelled/postponed; (no bates, Exhibit 21 to Champlin 2016 Deposition) |
| 49 | | | | ✓ | Letter | DSR : 187-190 |
| 50 | | | | ✓ | Letter | GS : 574-575 |
| 51 | | | | ✓ | Letter | HF : 22 |
| 52 | | | | ✓ | Letter | DSR : 1570 |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 53 | | 6/10 | | ✓ | Letter \| DSR : 1576-1577 |
| 54 | | | | ✓ | Letter \| GS : 592-594 |
| 55 | | | | ✓ | Letter \| GS : 595-596 |
| 56 | | | | ✓ | Letter \| GS : 597-598 |
| 57 | | | | | Email \| AMR : 71 |
| 58 | | | | | Email \| AMR : 93-98, 100-101 |
| 59 | | | | | Email \| AMR : 112-113 |
| 60 | | | | | Email \| AMR : 62-63, 66-67 |
| 61 | | | | | Email \| AMR : 75-77 |
| 62 | | | | | Email \| AMR : 55 |
| 63 | | | | | Email \| AMR : 111 |
| 64 | | | | | Email \| AMR : 91-92 |
| 65 | | | | | Email \| AMR : 90 |
| 66 | | | | | Email \| AMR : 115-116 |
| 67 | | | | | Email \| AMR : 79-82 |
| 68 | | | | | Email \| AMR : 121, 124, 136, 151, 153-156, 117, 119, 129-132, 135, 138, 142-144 |
| 69 | | | | | Email \| AMR : 106 |
| 70 | | | | | Email \| AMR : 41-42 |
| 71 | | | | | Email \| AMR : 102-103 |
| 72 | | | | | Email \| AMR : 104-105 |
| 73 | | | | | Email \| AMR : 43, 47-49, 56 |
| 74 | | | | | Email \| AMR : 38 |
| 75 | | | | | Email \| AMR : 39 |
| 76 | | | | | Email \| AMR : 7-10 |
| 77 | | | | | Email \| DSR : 157-158 |
| 78 | | | | | Email \| DSR : 2997 |
| 79 | | | | | Email \| DSR : 2490-2491 |
| 80 | | | | | Email \| DSR : 3011 |
| 81 | | | 6/10 | ✓ | Email \| DSR : 3000 |
| 82 | | | | | Email \| DSR : 3013 |
| 83 | | | | | Email \| DSR : 3015 |
| 84 | | | | | Email \| DSR : 2489 |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 85 | | | | | Email \| DSR : 1731 |
| 86 | | | | | Email \| DSR : 3656 |
| 87 | | | | | Email \| DSR : 2856 |
| 88 | | | | | Email \| DSR : 1580 |
| 89 | | | | | Email \| DSR : 1586 |
| 90 | | | | | Email \| DSR : 2056 |
| 91 | | | | | Email \| DSR : 2286 |
| 92 | | | | | Email \| DSR : 2738 |
| 93 | | | | | Email \| DSR : 2836 |
| 94 | | | | | Email \| DSR : 1583-1584, 1607 |
| 95 | | | | | Email \| DSR : 1593-1598 |
| 96 | | | | | Email \| DSR : 2062-2063 |
| 97 | | | | | Email \| DSR : 2235-2236 |
| 98 | | | | | Email \| DSR : 2238-2239 |
| 99 | | | | | Email \| DSR : 2476 |
| 100 | | | | | Email \| DSR : 2440-2441 |
| 101 | | | | | Email \| DSR : 2450-2451 |
| 102 | | | | | Email \| DSR : 211 |
| 103 | | | | | Email \| DSR : 212 |
| 104 | | | | | Email \| DSR : 215 |
| 105 | | | | | Email \| DSR : 2912, 1784-1786 |
| 106 | | | | | Email \| DSR : 1809 |
| 107 | | | | | Email \| DSR : 1771-1772 |
| 108 | | | | | Email \| DSR : 1739 |
| 109 | | | | | Email \| DSR : 1753, 2901-2902 |
| 110 | | | | | Email \| DSR : 186 |
| 111 | | | | | Email \| DSR : 1857 |
| 112 | | | | | Email \| DSR : 1845 |
| 113 | | | | | Email \| DSR : 1850-1851 |
| 114 | | | | | Email \| DSR : 1925 |
| 115 | | | | | Email \| DSR : 2465 |
| 116 | | | | | Email \| DSR : 2565-2566 |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 117 | | | | | Email | DSR : 131 |
| 118 | | | | | Email | DSR : 156 |
| 119 | | | | | Email | DSR : 1934-1935 |
| 120 | | | | | Email | DSR : 1952-1953 |
| 121 | | | | | Email | DSR : 209-210 |
| 122 | | | | | Email | DSR : 100-103 |
| 123 | | | | | Email | DSR : 161 |
| 124 | | | | | Email | DSR : 207-208 |
| 125 | | | | | Email | AMR : 83-84 |
| 126 | | | | | Email | DSR : 74, 72-73 |
| 127 | | | | | Email | DSR : 91-93 |
| 128 | | | | | Email | DSR : 1955, 1958 |
| 129 | | | | | Email | DSR : 1992 |
| 130 | | | | | Email | DSR : 1844 |
| 131 | | | | | Email | DSR : 1842-1843 |
| 132 | | | | | Email | DSR : 1929, 2218 |
| 133 | | | | | Email | DSR : 1975 |
| 134 | | | | | Email | DSR : 1854-1855 |
| 135 | | | | | Email | DSR : 2194 |
| 136 | | | | | Email | DSR : 2186-2187 |
| 137 | | | | | Email | DSR : 1642-1660 |
| 138 | | | | | Email | DSR : 2083-2087 |
| 139 | | | | | Email | DSR : 2088-2092 |
| 140 | | | | | Email | DSR : 2093-2128 |
| 141 | | | | | Email | DSR : 2130-2132 |
| 142 | | | | | Email | DSR : 15-17 |
| 143 | | | | | Email | DSR : 3154 |
| 144 | | 6/10 | | ✓ | Report | DSR : 2831-2833 |
| 145 | | 6/10 | | ✓ | Email | DSR : 2830 |
| 146 | | | | | Email | DSR : 2834 |
| 147 | | | | | Email | DSR : 2829 |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 148 | | | | | Email | DSR : 2913-2914 |
| 149 | | | | | Expert Report: Cheryl Shuffield |
| 150 | | | | | Expert Report: David Smith, M.D. |
| 151 | | | | | Expert Report: David Smith, M.D. Note |
| 152 | | | | | Expert Report: David Smith, M.D. Note |
| 153 | | | | | Expert Report: Eric Bravo, M.D. |
| 154 | | | | | Expert Report: Henry Simmons, Ph. D. |
| 155 | | | | | Expert Report: Jonathan Wolfe, RPh., PhD. |
| 156 | | | | | Curriculum Vitae: Jonathan Wolfe, RPh., PhD. |
| 157 | | | | | Expert Report: Mark Malcolm |
| 158 | | | | | Curriculum Vitae: Mark Malcolm, M.D. |
| 159 | | | | | Expert Report: Morgan Sauer, M.D. |
| 160 | | | | | Curriculum Vitae: Morgan Sauer, M.D. |
| 161 | | | | | Expert Report: Ralph Scott, Ph. D. |
| 162 | | | | | Expert Report: Timothy Quill, M.D. |
| 163 | | | | | Curriculum Vitae: Timothy Quill, M.D. |
| 164 | | | | | Chart | DSR : 344-347 |
| 165 | | | | | Chart | DSR : 348-352 |
| 166 | | 6/10 | | ✓ | Memo: Request to Reopen Patient AJ | GG-AJ : 2020-2043 |
| 167 | | | | ✓ | Memo: Request to Reopen Patient DF | JDH-DWF : 3503-3524 |
| 168 | | | | ✓ | Memo: Request to Reopen Patient DH | HF : 137 |
| 169 | | | | ✓ | Memo: Request to Reopen Patient JD | DC-JPD : 991-1003 |
| 170 | | | | ✓ | Memo: Request to Reopen Patient RS | JDH-RDS : 474-487 |
| 171 | | | | ✓ | Memo: Request to Reopen Patient SJ | AB-SJ : 207-219 |
| 172 | | | | ✓ | Memo: Request to Review Patient TB | JDH-TGB : 984-1007 |
| 173 | | | | ✓ | Memo: Request to Review Patient WB | JDH-WJB : 1102-1133 |
| 174 | | 6/12 | | ✓ | Email | AMR : 13-15 |
| 175 | | | | | Email | AMR : 17-22 |
| 176 | | | | | Email | AMR : 23-27 |
| 177 | | 6/12 | | ✓ | Email | AMR : 34-37 |
| 178 | | | | | Meeting Minutes | DSR : 1410-1414 |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 179 | | | | | Meeting Minutes | DSR : 1454-1456 |
| 180 | | | | | Meeting Minutes | DSR : 1422-1424 |
| 181 | | | | | Meeting Minutes | DSR : 1425-1426 |
| 182 | | | | | Meeting Minutes | DSR : 1428-1430 |
| 183 | | 6/10 | | ✓ | Meeting Minutes | DSR : 1438-1439 |
| 184 | | | | | Meeting Minutes | DSR : 1440-1441 |
| 185 | | | | | Meeting Minutes | DSR : 1449-1451 |
| 186 | | | | | Meeting Minutes | DSR : 1457-1459 |
| 187 | | | | | Meeting Minutes | DSR : 1460-1461 |
| 188 | | | | | Meeting Minutes | DSR : 1462-1463 |
| 189 | | 6/10 | | ✓ | Meeting Minutes | DSR : 1926-1928 |
| 190 | | | | | Meeting Minutes | DSR : 1472-1473 |
| 191 | | | | | Meeting Minutes | DSR : 1442-1443 |
| 192 | | | | | Meeting Minutes | DSR : 1416-1418 |
| 193 | | | | | Meeting Minutes | DSR : 1419-1421, 1470 |
| 194 | | | | | Meeting Minutes | DSR : 1431-1432 |
| 195 | | | | | Meeting Minutes | DSR : 1446-1448 |
| 196 | | | | | Meeting Minutes | DSR : 1444-1445 |
| 197 | | | | | Meeting Minutes | DSR : 1465-1469 |
| 198 | | 6/10 | | ✓ | Memo | HR : 21 |
| 199 | | 6/10 | | ✓ | Memo | HF : 3-16 |
| 200 | | | | | Misc | GS : 96 |
| 201 | | 6/10 | | ✓ | Misc | HR : 80 |
| 202 | | | | | Financial Records relied upon by Ralph Scott produced at 04/17/18 deposition |
| 203 | | 6/10 | | ✓ | Misc Stewart | DSR : 1896-1924 |
| 204 | | | | | Misc Stewart | GSS : 155-160 |
| 205 | | | | | Misc Wolfe | GS : 102-104 |
| 206 | | | | | Misc Wolfe | GS : 106-109 |
| 207 | | | | | Name Convention for Medications Chart; prepared by Dr. Wolfe |
| 208 | | | | | Dr. Wolfe's 2018 Medication Chart Patient AJ, DF, JD, RS, SJ, TB, WB |
| 209 | | | | | Misc Wolfe | GSS : 129-151 |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 210 | | | | | Ethical Anchors, Maimonides Oath, Pharmacists Oath, Physician Hippocratic Oaths Versions |
| 211 | | | | | Patient Records | GS : 578-584 |
| 212 | | | | | Patient Records | DSR : 3724-3746 |
| 213 | | 6/10 | | ✓ | Patient Records | Multiple : DSR 2530-2564, 434; GG-AJ 9-11,19,39,237,639-640,643-645,756,910,1047,1103,1114,1121,1123,1152-1153,1162-1165,1173-1174,1178,1183-1187, 1334, 1400, 1404, 1800, 1804; HF 236, 243 |
| 214 | | | | ✓ | Patient Records | JDH-DWF : 2,5,19,38-39,1177,1886,2393, 3332,3511,3513,3531-3532 |
| 215 | | | | ✓ | Patient Records | DC-JPD : 11-17,204-205,246,319, 329,349,365,368,375,381-382,384,391-393,396,399-401,559,669-672, 979-980, 984-990 |
| 216 | | | | ✓ | Patient Records | JDH-RDS : 58,98,121,153,157-158,164,219-220,226,491-492 |
| 217 | | | | ✓ | Patient Records | AB-SJ : 34,124-126,150,222-224 |
| 218 | | | | ✓ | Patient Records | JDH-TGB : 2,5,50,54,57-61,174,271, 371,376,588,943,996,1003 |
| 219 | | | | ✓ | Patient Records | JDH-WJB : 2,5,176,183,185,250,385,383,404,408-409,412-414,745, 850,1024-1025,1036,1041 |
| 220 | | | | ✓ | Report | NPDB : 1-7 |
| 221 | | | | ✓ | Report | HF : 162-163 |
| 222 | | | | ✓ | Report | HF : 23-35 |
| 223 | | | | ✓ | Report | GG-AJ : 2017-2019 |
| 224 | | | | ✓ | Report | JDH-DWF : 3501-3502 |
| 225 | | | | ✓ | Report | DC-JPD : 982-983 |
| 226 | | | | ✓ | Report | JDH-RDS : 472-473 |
| 227 | | | | ✓ | Report | AB-SJ : 220-221 |
| 228 | | | | ✓ | Report | JDH-TGB : 1008-1009 |
| 229 | | | | ✓ | Report | JDH-WJB : 1134-1136 |
| 230 | | | | ✓ | Report | GG-AJ : 2047-2050 |
| 231 | | | | ✓ | Report | JDH-DWF : 3533-3535 |
| 232 | | | | ✓ | Report | DC-JPD : 1006-1008 |
| 233 | | | | ✓ | Report | JDH-RDS : 494-495 |
| 234 | | | | ✓ | Report | AB-SJ : 225-227 |
| 235 | | | | ✓ | Report | AB-SJ : 228-230 |
| 236 | | | | | Ark. Admin. Code 060.00.1-2 Regulation No. 2 (alternatively cited as AR ADC 060 00 001) |
| 237 | | | | | AR ADC 060.00.1-2, Regulation 2.8: Governing Physician/Patient Relationships |
| 238 | | | | | Statute | HR : 145-154 |
| 239 | | | | | § 17-95-701 Chronic Intractable Pain Treatment Act |
| 240 | | | | | §12-12-315 Notification of Certain Deaths |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 241 | | | | | §20-9-1301 Arkansas Peer Review Fairness Act |
| 242 | | | | | § 17-95-704 Arkansas State Medical Board - Treatment - Prohibitions |
| 243 | | | | | Guidelines | GSS : 126-128 |
| 244 | | | | | UAMS Medical Center Policies and Procedures for withdrawing life-sustaining treatment/DNR & Palliative care; Exhibit 10 to Wolfe 04/20/18 Deposition |
| 245 | | | | | University of Rochester, Strong Memorial Hospital, Sedation to Unconciousness for Management of Otherwise Intractable Physical Symptoms in Imminently Dying Patients |
| 246 | | | | | Arkansas Department of Human Services Division of Medical Services Guide for Calculating Morphine Milligram Equivalents (MME) |
| 247 | | | | | CDC Guideline for Opioids |
| 248 | | | | | Institute of Neurological Sciences NHS Greater Glasgow and Clyde, Glasgow Coma Scale: Do it this way; Medscape Glasgow Coma Scale Adult Scoring System Christensen, 2014 |
| 249 | | | | | UAMS Guidelines for Terminal Extubation |
| 250 | | | | | University of Rochester, Strong Memorial Hospital, Ventilator Withdrawal Guidelines (Quill) |
| 251 | | | | | Ohio State University Wexner Medical Center Palliative Ventilator Withdrawal; Exhibit 7 to David Smith 05/04/18 Deposition |
| 252 | | | | | Massachusetts General Hospital Policy & Procedures: Ventilator Withdrawal Guidelines |
| 253 | | | | | American Academy of Hospice and Palliative Care, Primer of Palliative Care, 5th Edition, Chapter 3: Dyspnea p. 47-60 |
| 254 | | | | | Journal of Critical Care, End-of-life care in the intensive care unit: Report from the Task Force of World Federation of Societies of Intensive and Critical Care Medicine Special Feature Myburgh et al 2016 pp 125-130 |
| 255 | | | | | Critical Care Medicine, Patient responses during rapid terminal weaning from mechanical ventilation: a prospective study, Campbell, et al 1999;27(1):73-77 |
| 256 | | | | | Ovid, Neurology, Withdrawal of life support in the neurological intensive care unit, Mayer et al, 1999;52(8):1602-1609 |
| 257 | | | | | Journal of Pain and Symptom Management, Ventilator Withdrawal: Procedures and Outcomes, O'Mahony et al, 2003;26:954-961 |
| 258 | | | | | American Journal of Respiratory and Critical Care Medicine, American Thoracic Society, Dyspnea Mechanisms, Assessment, and Management: A Consensus Statement, 1999;159(1):321-340 |
| 259 | | | | | Journal of the American Geriatrics Society, Elective Discontinuation of Life-Sustaining Mechanical Ventilation on a Chronic Ventilator Unit, Ankrom et al, 2001;49(11):1549-1554 |
| 260 | | | | | Canadian Journal of Anesthesia, Most critically ill patients are perceived to die in comfort during withdrawal of life support: a Canadian multicentre study, Rocker et al, 2004;51:623-630 |
| 261 | | | | | Journal of Cardiovascular Pharmacology, Presynaptic Regulation of Cardiac Norepinephrine Release in Ischemia, Grimm et al, 2001;38(1):58-68 |
| 262 | | | | | Journal of Molecular and Cellular Cardiology, Two Different Mechanisms of Noradreneline Release During Normoxia and Simulated Ischemia in Human Cardiac Tissue, Kurz et al, 1995;27(5):1161-1172 |
| 263 | | | | | The New England Journal of Medicine, The Rule of Double Effect - A Critique of its Role in End-of-Life Decision Making, Quill et al, 1997;337(24):1768-1771 |
| 264 | | | | | JAMA, Palliative Options of Last Resort: A Comparison of Voluntarily Stopping Eating and Drinking, Terminal Sedation, Physician-Assisted Suicide, and Voluntary Active Euthanasia, Quill et al, 1997;278(23):2099-2104 |
| 265 | | | | | UpToDate, Withholding and Withdrawing Ventilator Support in Adults in the Intensive Care Unit, White et al |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 266 | | | | | Critical Care, Limitations of the use of the Glasgow Coma Scale in intensive care patients with non-neurological primary disease: a search for alternatives, Dong et al, 2011;15:506 |
| 267 | | | | | Elsevier, Metoprolol improves survival in severe traumatic brain injury independent of heart rate control, Zangbar et al, 2016, pp 586-592 |
| 268 | | | | | The Journal of Trauma, Sympathetic Hyperactivity After Traumatic Brain Injury and the Role of Beta-Blocker Therapy, Herrernan et al, 2010;69(6):1602-1609 |
| 269 | | | | | Journal of the American Medical Informatics Association, Detection and Prevention of Medication Errors Using Real-Time Bedside Nurse Charting, Nelson et al, 2005;12:390-397 |
| 270 | | | | | Journal of American Physicians and Surgeons, Sham Peer Review and the National Practitioner Data Bank, Huntoon, 2017:22(3):66-71 |
| 271 | | | | | Journal of American Physicians and Surgeons, Tactics Characteristic of Sham Peer Review, Huntoon, 2009:14(3):64-66 |
| 272 | | | | | Medscape General Medicine, So What is a Sham Peer Review?, Chalifoux, 2005;7(4):47 |
| 273 | | | | | Annals of Internal Medicine, Last-Resort Options for Palliative Sedation, Quill et al, 2009;151:421-424 |
| 274 | | | | | American Journal of Critical Care, Documentation on Withdrawal of Life Support in Adult Patients in the Intensive Care Unit, Kirchhoff et al, 2004 328-34 |
| 275 | | | | | American Medical Association Journal of Ethics Opinion 2.20 - Withholding or Withdrawing Life-Sustaining Medical Treatment; p. 1038-1040; Dec 2013, Vol 15 No. 12 |
| 276 | | | | | Annals of Oncology, Palliative sedation therapy does not hasten death: results from a prospective multicenter study, Maltoni et al, 2009; 20: 1163-1169, 2009 |
| 277 | | | | | Basic Science Reports Circulation, Time Course and Mechanism of Myocardial Catecholamine Release During Transient Ischemia In Vivo, Lameris et al, 2000 |
| 278 | | | | | Chest Journal, Ethics in Cardiopulmonary Medicine - Narcotic and Benzodiazepine Use After Withdrawal of Life Support, Chan et al, August 2009; pages 286-293 |
| 279 | | | | | Proceedings of the National Academy of Sciences, Asphyxia-activated corticocardiac signaling accelerates onset of cardiac arrest; Li et al, 2015 |
| 280 | | | | | American Medical Association Journal of Ethics, Common Misconceptions About Opioid Use for Pain Management at the End of Life, Berger et al, May 2013;15(5_:403-409 |
| 281 | | | | | consensus statement by the American College of Critical Care Medicine, Truog et al, 2008, Vol 36, No. 3 pp 953-963 |
| 282 | | | | | Elsevier Clinical Paper, AWARE - AWAreness during Resuscitation - A prospective study, Parnia et al, 2004, Resuscitation 85, pp 1799-1805, |
| 283 | | | | | Elsevier Science Inc., Palliative Care by the Surgeon, Management of Dyspnea at the End of Life: Relief for Patients and Surgeons, Mosenthal et al, 2001 |
| 284 | | | | | International Anesthesia Research Society Anesth Analg High Dose Hydromorphone Dilaudid for Coronary Artery Bypass Surgery Welti et al 1984 |
| 285 | | | | | Withdrawing Mechanical Ventilation - the approach should be individualized, Paruk et al 2014 (29) pp 902-907 |
| 286 | | | | | Journal of Palliative Care, Opioids and Benzodiazepines Appear Paradoxically to Delay Inevitable Death After Ventilator Withdrawal, Edwards et al 2005, 21:4/2005; 299-302 |
| 287 | | | | | Mayo Clinic Proceedings, Validity of the FOUR Score Coma Scale in the Medical Intensive Care Unit, Iyer et al, 2009 |
| 288 | | | | | Naunyn-Schmiedeberg's Archives of Pharmacology, Propranolol inhibits nonexocytotic noradrenaline release in myocardial ischemia, Richardt et al, January 1990, Volume 341, Issue 1, pp 50-55 |
| 289 | | | | | Nursing Times, Using a coma scale to assess patient consciousness levels, Failey et al, June 2005 |
| 290 | | | | | The Lancet Neurology, Brain function in coma, vegetative state, and related disorders, Laureys et al, Vol 3, pp 537-546, September 2004 |
| 291 | | | | | BMC Medical Ethics, Consensus guidelines on analgesia and sedation in dying intesive care unit patients, Hawryluck et al, August 2002 |
| 292 | | | | | Anesthesiology, Practive Parameter, Practice Guidelines for Sedation and Analgesia by Non-Anesthesiologists, Gross et al, 2002, Vol.96, 1004-1017 |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 293 | | | | | Critical Care Med 2012 Vol. 40, No. 2; Humane terminal extubation reconsidered: The role for preemptive analgesia and sedation*, Billings, 2012 |
| 294 | | | | | Department of Palliative Medicine, The use of midazolam and haloperidol in cancer patients at the end of life, Krishna et al 2012 |
| 295 | | | | | Journal of Palliative Medicine, The Double Effect of Pain Medication: Separating Myth from Reality, Fohr, 1998; 1:315-328 |
| 296 | | | | | Intensive Care Med, Clinical Commentary, Anticipation of distress after discontinuation of mechanical ventilation in the ICS at the end of life, Kompanje et al, 20018 (34: 1593-1599) |
| 297 | | | | | The Journal of the Arkansas Medical Society, Updates in Palliative Medicine, Harrington et al, August 2013; exhibit 17 to Troup 10/03/18 Deposition |
| 298 | | | | | The New England Journal of Medicine, Withdrawing Intensive Life-Sustaining Treatment - Recommendations for Compassionate Clinical Management, Brody et al, February 1997 |
| 299 | | | | | UpToDate, Palliative Sedation, Cherny et al, 2016; Exhibit 16 to Gary Gramm 02/21/18 Deposition |
| 300 | | | | | National Hospice and Palliative Care Organization (NHPCO) Position Statement & Commentary on the Use of Palliative Sedation in Imminently Dying Terminally Ill Patients |
| 301 | | | | | American Neurological Association, A Review of Paroxysmal Sympathetic Hyperactivity after Acquired Brain Injury, Perkes |
| 302 | | | | | CHEST, Predictors of Time to Death After Terminal Withdrawal of Mechanical Ventilation in the ICU, Cooke et al, 2010 Aug; 138(2): 289–297 |
| 303 | | | | | mechanical ventilation and vasoactive drugs in a dutch intensive care unit, Epker et al, 2011 Mar;112(3):628-34 |
| 304 | | | | | Specific Respiratory and Physiologic Parameters May Inform Physician Predictions, Long et al, 2015 Dec 1; 18(12): 1040–1047 |
| 305 | | | | | Video: Dystonia |
| 306 | | | | | Video: Extubation |
| 307 | | | | | Visual: Volume Comparison Chart\|1:4 CDC Conversion Scale |
| 308 | | | | | Visual: Volume Comparison Chart\|1:6.5 Conversion Scale |