FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 14 2019

JAMES W. McCORMACK, CLERK
By: [signature] Lori Purifoy DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARRY STEWART, M.D.           PLAINTIFF

v.     CASE NO. 4:17-CV-00338-BSM

ADVANCED MEDICAL REVIEWS, INC.; EXAMWORKS, INC.;
J.D. HAINES, M.D.; GARY GRAMM, D.O.; DAVID CHEN, M.D.;
ANNA BELMAN, M.D.; and JENNIFER CROWLEY, R.N.     DEFENDANTS

## DEFENDANTS' EXHIBIT LIST

| PRESIDING JUDGE<br>Brian S. Miller | PLAINTIFF'S ATTORNEYS<br>Janet Pulliam, et al | DEFENDANTS' ATTORNEYS<br>David Jung, et al |
|---|---|---|
| TRIAL DATE(S)<br>June 10, 2019 | COURT REPORTER<br>Judy Ammons | COURTROOM DEPUTY<br>Lori Purifoy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 6/10 |  | ✓ | Information CRMC submitted to AMR related to Patient A.J.<br><br>Bates pages: GG-AJ.000001 through GG-AJ.002016; GG-AJ.002020 through GG-AJ.002046 |
|  | 2 |  |  | ✓ | Peer Review Reports for Patient A.J.<br><br>Bates pages: GG-AJ.002017 through GG-AJ.002019; GG-AJ.002047 through GG-AJ.002050 |
|  | 3 |  |  | ✓ | Information CRMC submitted to AMR related to Patient S.J.<br><br>Bates pages: AB-SJ.000001 through AB-SJ.000204; AB-SJ.000207 through AB-SJ.000224 |
|  | 4 |  |  | ✓ | Peer Review Reports for Patient S.J.<br><br>Bates pages: AB-SJ.000205 through AB-SJ.000206; AB-SJ.000225 through AB-SJ.000230 |
|  | 5 |  |  | ✓ | Information CRMC submitted to AMR related to Patient J.D.<br><br>Bates pages: DC-JPD.000001 through DC-JPD.000981; DC-JPD.000984 through DC-JPD.001005 |
|  | 6 |  |  | ✓ | Peer Review Reports for Patient J.D.<br><br>Bates pages: DC-JPD.000982 through DC-JPD.000983; DC-JPD.001006 through DC-JPD.001008 |
|  | 7 |  |  | ✓ | Information CRMC submitted to AMR related to Patient D.F.<br><br>Bates pages: JDH-DWF.000001 through JDH-DWF.003500; JDH-DWF.003503 through JDH-DWF.003532 |

| | 8 | 6/10 | | ✓ | Peer Review Reports for Patient D.F.<br><br>Bates pages: JDH-DWF.003501 through JDH-DWF.003502; JDH-DWF.003533 through JDH-RDS.003535 |
|---|---|---|---|---|---|
| | 9 | | | ✓ | Information CRMC submitted to AMR related to Patient R.S.<br><br>Bates pages: JDH-RDS.000001 through JDH-RDS.000471; JDH-RDS.000474 through JDH-RDS.000493 |
| | 10 | | | ✓ | Peer Review Reports for Patient R.S.<br><br>Bates pages: JDH-RDS.000472 through JDH-RDS.000473; JDH-RDS.000494 through JDH-RDS.000495 |
| | 11 | | | ✓ | Information CRMC submitted to AMR related to Patient W.B.<br><br>Bates pages: JDH-WJB.000001 through JDH-WJB.001133 |
| | 12 | | | ✓ | Peer Review Report for Patient W.B.<br><br>Bates pages: JDH-WJB.001134 through JDH-WJB.001136 |
| | 13 | | | ✓ | Information CRMC submitted to AMR related to Patient T.B.<br><br>Bates pages: JDH-TGB.000001 through JDH-TGB.001007 |
| | 14 | | | ✓ | Peer Review Report for Patient T.B.<br><br>Bates pagesJDH-TGB.001008 through JDH-WJB.001009 |
| | 15 | | | ✓ | CV of Dr. Anna Belman |
| | 16 | | | ✓ | CV of Dr. J.D. Haines, Jr. |
| | 17 | | | ✓ | CV of Dr. Gary Gramm |
| | 18 | | | ✓ | CV of Dr. Dave Chen |
| | 19 | | | | CV of Dr. David Smith |
| | 20 | | | | CV of Dr. Eric Bravo |
| | 21 | | | | CV of Dr. Hank Simmons |
| | 22 | | | | CV of Cheryl Shuffield |
| | 23 | 6/10 | | ✓ | Transcript of Dr. Garry Stewart's testimony before the CRMC Credentials Committee<br><br>Bates pages: DSR01896 through DSR01924 |
| | 24 | 6/10 | | ✓ | Correspondence between plaintiff/counsel and CRMC re suspension and fair hearing<br><br>Bates pages: DSR01576 through DSR01577; DSR02451; GS000591; HR001 through HR170; GS000592 through GS000594; DSR01930 through DSR01931; GS000595 through GS000596; DSR00187 through |

| | # | | | | Description |
|---|---|---|---|---|---|
| | | | | | DSR00190; GS000597 through GS000598; June 30, 2016 letter from Janet Pulliam (no bates reference); DSR01572 through DSR01575; DSR01570; GS000574 through GS000575; GSS000124; HF019 through HF022; HF001 through HF016; HF019 through HF243; GSS000123 |
| | 25 | | | | |
| | 26 | | | | Dr. Garry Stewart's credentialing file from Baptist Health Medical Center<br><br>June 6, 2016 Baptist Health credentialing letter to GS to confirm privileges |
| | 27 | | | | Correspondence between Dr. Stewart and Baptist Health Medical Center re hospital privileges<br><br>Aug. 10, 2016 GS email to M Gault; Aug. 11, 2016 GS email to self re credentialing file complete; Sept. 16, 2016 GS email to Patman request to change status; Oct. 5, 2016 GS email to Patman re bylaws; Oct. 17, 2016 GS email to Gault re reestablish privileges; Oct. 27, 2016 GS letter re suspension in process of appeal |
| | 28 | 6/10 | | ✓ | NPDB reporting re Dr. Stewart<br><br>Bates pages: HF230 through HF231; NPDB005 through NPDB007 |
| | 29 | 6/10 | | ✓ | CRMC Medical Staff Policies and Procedures<br><br>Bates pages: GS000486 through GS000573 |
| | 30 | 6/10 | | ✓ | CRMC Medical Staff Rules and Regulations<br><br>Bates pages: GS000585 through GS000590 |
| | 31 | | | | Materials relied upon by Dr. David Smith, including all literature referenced in his disclosure and his deposition (demonstrative only) |
| | 32 | | | | Materials relied upon by Dr. Eric Bravo, including all literature referenced in his disclosure and his deposition (demonstrative only) |
| | 33 | | | | Materials relied upon by Dr. Henry Simmons, Jr., including all literature referenced in his disclosure and his deposition (demonstrative only) |
| | 34 | | | | Materials relied upon by Cheryl Shuffield, including all literature referenced in her disclosure (demonstrative only) |
| | 35 | | | | Materials relied upon by Dr. Timothy Quill, including all literature referenced in his disclosure and his deposition (demonstrative only) |
| | 36 | | | | Defendants have not yet finalized what demonstrative aids will be used during opening statement, expert witness examinations, or closing argument. However, it is anticipated that defendants may use blow-ups of exemplar jury instructions, charts reflecting medication administrations similar to what was includes with defense experts' reports, and powerpoint or other electronic visual aids that incorporate the information produced during discovery in this case. |
| | | | | | **Exhibits that May Be Offered** |
| | 37 | 6/10 | | ✓ | Information CRMC submitted to AMR related to Patient A.H. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Bates pages: GG-AH.000001 through GG-AH.000150 |
| | 38 | 6/10 | | ✓ | Peer Review Report for Patient A.H.<br><br>Bates pages: GG-AH.000151 through GG-AH.000153 |
| | 39 | | | ✓ | Information CRMC submitted to AMR related to Patient P.Q.<br><br>Bates pages: JDH-PQ.000001through JDH-PQ.000221 |
| | 40 | | | ✓ | Peer Review Report for Patient P.Q.<br><br>Bates pages: JDH-PQ.000222 through JDH-PQ.000223 |
| | 41 | | | ✓ | Information CRMC submitted to AMR related to Patient G.D.<br><br>Bates pages: JDH-GD.000001through JDH-GD.000140 |
| | 42 | | | ✓ | Peer Review Report for Patient G.D.<br><br>Bates pages: JDH-GD.000141 through JDH-JD.000142 |
| | 43 | | | ✓ | Information CRMC submitted to AMR related to Patient I.S.<br><br>Bates pages: JDH-IS.000001through JDH-IS.000224 |
| | 44 | | | ✓ | Peer Review Report for Patient I.S.<br><br>Bates pages: JDH-IS.000225 through JDH-IS.000226 |
| | 45 | | | ✓ | Information CRMC submitted to AMR related to Patient J.B.<br><br>Bates pages: JDH-JB.000001through JDH-JB.000470 |
| | 46 | | | ✓ | Peer Review Report for Patient J.B.<br><br>Bates pages: JDH-JB.000471 through JDH-JB.000472 |
| | 47 | | | ✓ | Information CRMC submitted to AMR related to Patient K.C.<br><br>Bates pages: JDH-KC.000001 through JDH-JB.000837 |
| | 48 | | | ✓ | Peer Review Report for Patient K.C.<br><br>Bates pages: JDH-KC.000838 through JDH-KC.000839 |
| | 49 | | | ✓ | Information CRMC submitted to AMR related to Patient D.H.<br><br>Bates pages: SH-DH.000001 through SH-DH.002109 |
| | 50 | | | ✓ | Peer Review Report for Patient D.H.<br><br>Bates pages: SH-DH.002110 through SH-DH.002112 |
| | 51 | | | | CV of Dr. Brent Staggs |
| | 52 | 6/10 | | ✓ | CV of Dr. Garry Stewart<br>GS000486 through GS000488 |
| | 53 | | | | Deposition designations for Norma Nevarez to be read into evidence (previously disclosed) |
| | 54 | | | | Deposition designations for Tom Patterson to be read into evidence (previously disclosed) |
| | 55 | 6/10 | | ✓ | Dr. Garry Stewart's CRMC credentialing file excerpts |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Bates pages: GSS000123; GSS000125 |
| | 56 | | | | CRMC Credentials Committee documents predating May 18, 2016<br><br>Bates pages: DSR01398 through DSR01400; DSR02036; DSR01474 through DSR01476; DSR03508 through DSR03566; DSR03469 through DSR03470; DSR03499 through DSR03507; DSR01477; DSR03567 through DSR03572; DSR01478 through DSR01481; DSR02736; DSR03591 through DSR03626; DSR03679 through DSR03767 |
| | 57 | | | | CRMC Board of Directors and other committee minutes<br><br>Bates pages: DSR01419 through DSR01421; DSR01425 through DSR01426; DSR01428 through DSR01437; DSR01446 through DSR01451; DSR01457 through DSR01463; DSR01482; DSR01501 through DSR01509; DSR02829; DSR03644 through DSR03647 and |
| | 58 | | | | Miscellaneous emails re Laura Gullett's use of Dr. Garry Stewart's CRMC logon information<br><br>Bates pages: DSR01745 through DSR01808; DSR02639 through DSR02640; DSR02729 through DSR02730 |
| | 59 | | | | URAC Guidelines<br><br>Bates pages: URAC.000001 through URAC.000390 |
| | 60 | | | | AMR reviewer consulting agreements<br><br>Bates pages: AMR.000160 through AMR.000176 |
| | 61 | | | | AMR reviewer background checks and credentialing information<br><br>Bates pages: AMR000262 through AMR.000325 |
| | 62 | | | | Emails and other miscellaneous documents produced by AMR during discovery<br><br>Bates pages: AMR.000001 through AMR.000159 |
| | 63 | | | | AMR reviewer training information<br><br>Bates pages: AMR.000177 through AMR.000193 |
| | 64 | | | | AMR reviewer payment for reviews of patients A.J., S.J., J.D., D.F., R.S., W.B., T.B., A.H., P.Q., G.D., I.S., J.B., K.C., and D.H.<br><br>Bates pages: AMR-REVPAY.000001 through AMR-REVPAY.000015 |
| | 65 | | | | Financial and billing records produced with plaintiff's response to defendants' third set of requests for production of documents, including summary report prepared by Ms. Cheryl Shuffield |
| | 66 | | | | Defendants reserve the right to introduce any exhibit from depositions taken in this matter |
| | 67 | | | | Defendants reserve the right to introduce any exhibit identified by plaintiff in his exhibit list |
| | 68 | | | | Deposition as designated for Dr. Anna Belman to be read into evidence (previously disclosed) |

| | | | | |
|---|---|---|---|---|
| | 69 | | | Deposition as designated for Dr. Gary Gramm to be read into evidence (previously disclosed) |
| | 70 | | | Deposition as designated for Dr. Dave Chen to be read into evidence (previously disclosed) |
| | 71 | | | Deposition as designated for Dr. J.D. Haines, Jr. to be read into evidence (previously disclosed) |
| | 72 | | | Videotaped deposition as designated for Dr. Timothy Quill to be played into evidence (previously disclosed) |
| | 73 | | | Deposition as designated for Jennifer Crowley to be read into evidence (previously disclosed) |
| | 74 | | | Deposition as designated for Crystal Carvotta-Brown to be read into evidence (previously disclosed) |
| | 75 | | | CRMC Credentials Committee documents related to May 18, 2016 suspension DSR00187 through DSR00190; DSR00502 through DSR00511; DSR00751 through DSR00760; DSR01438 through DSR01439; DSR01547 through DSR01569; DSR01570; DSR01572 through DSR01575; DSR02822 through DSR02823; DSR01576; DSR01926 through DSR01928; DSR01930 through DSR01931; DSR02195; DSR2215 through DSR02217; DSR02448; DSR02451; DSR02565 through DSR02566; DSR02830 through DSR02833; DSR000591 through DSR000598; GS000574 through GS000575 |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.